JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONGWU WANG,

    Petitioner,

  v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER, et al.,

    Respondents.

Case No. 5:26-cv-03473-PD

**JUDGMENT**

**A# 246-072-091**

  Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Count One and the remaining counts are dismissed without prejudice.

  The Clerk of the Court is directed to close this case.

DATED: July 8, 2026

_Patricia Donahue_
_____
Patricia Donahue
United States Magistrate Judge